**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COACH, INC., et al.,

    Plaintiffs,

v.

ELAINE ZHU, et al.,

    Defendants.

No. C 12-04326 JSW

**ORDER OF *SUA SPONTE* REFERRAL ORDER AND CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Judge Ronald M. Whyte to determine whether it is related to *Coach, Inc. v. Hollywood Too, LLC*, 5:11-cv-02226. If the parties wish to respond to this Order, they shall file any responses in the case pending before Judge Whyte. *See* N.D. Civ. L.R. 3-12(c)-(e). The Court CONTINUES the case management conference to Friday, February 15, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Judge Ronald M. Whyte