United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELAINE ZHU, et al.,<br><br>   Defendants.<br>_____/ | No. C 12-04326 JSW<br><br>**AMENDED ORDER OF *SUA SPONTE* REFERRAL ORDER AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Judge Ronald M. Whyte to determine whether it is related to *Coach, Inc. v. Hollywood Too, LLC*, 5:11-cv-02666.  If the parties wish to respond to this Order, they shall file any responses in the case pending before Judge Whyte.  *See* N.D. Civ. L.R. 3-12(c)-(e). The Court CONTINUES the case management conference to Friday, February 15, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Judge Ronald M. Whyte