UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELAINE ZHU, an individual dba RED LANTERN GIFTS SHOP; FASHION BAGS & GIFTS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.  CV12-4326 RMW<br><br>**ORDER CONTINUING MEDIATION DEADLINE** |

The Court having considered the Stipulation Continuing Mediation Deadline of the parties herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline to complete mediation is continued from March 13, 2013, to June 18, 2013.

IT IS SO ORDERED.

Dated:  March ____, 2013

_____
Ronald M. Whyte
United States District Judge

62A24DB1.docx

ORDER
CASE NO. CV12-4326 RMW