**E-FILED on 6/27/13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE ZHU, an individual dba RED LANTERN GIFTS SHOP; FASHION BAGS & GIFTS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV12-04326 RMW<br><br>**ORDER GRANTING REMOVAL FROM ADR PROGRAM** |

The Court having considered the parties' Joint Request for Removal From ADR Program, and good cause appearing,

IT IS HEREBY ORDERED that this matter is removed from the ADR Office; that Daniel Bergeron is relieved from his duties as Mediator, and that counsel for the parties shall contact the presiding magistrate judge to schedule a settlement conference prior to November 7, 2013.

IT IS SO ORDERED.

Dated: 6/27/13

*Ronald M. Whyte*
Ronald M. Whyte
U.S. DISTRICT JUDGE

7F42134.doc

ORDER
CASE NO. CV12-04326 RMW