1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Michael Marchand (SBN 281080)
   mmarchand@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 COACH, INC., a Maryland Corporation;       ) CASE NO. 12-CV-04326-RMW
   COACH SERVICES, INC., a Maryland           )
12 Corporation,                               ) **[PROPOSED] ORDER GRANTING**
                                              ) **THE PARTIES' JOINT**
13                    Plaintiffs,             ) **STIPULATION TO CONTINUE**
            vs.                               ) **TRIAL AND SETTLEMENT**
14                                            ) **CONFERENCE CUTOFF DATES**
   ELAINE ZHU, an individual dba RED          )
15 LANTERN GIFTS SHOP; FASHION                )
   BAGS & GIFTS, INC., a California           )
16 Corporation; and DOES 1-10, inclusive,     )  **Hon. Ronald M. Whyte**
                                              )
17                                            )
                      Defendants.             )
18                                            )
                                              )
19                                            )

20      The Court, having reviewed the joint stipulation filed by Plaintiffs and

21 Defendants, finds that GOOD CAUSE IS HEREBY SHOWN to continue the trial date

22 and the settlement conference cutoff date in the instant matter.

23      **IT IS HEREBY ORDERED** that trial be continued to January 13, 20140

24

25      **IT IS HEREBY ORDERED** that the final Pre-Trial Conference shall be

26 continued to Lcpwct{"; ."4236.

27

28

                                    1
              [PROPOSED] ORDER TO CONTINUE TRIAL AND MEDIATION DATES

1  **IT IS HEREBY ORDERED** that the last date to conduct the settlement
2  conference with the assigned Magistrate Judge be continued to January 3, 20140

6  DATED: _____, 2013         By: /s/ Ronald M. Whyte
                                        Ronald M. Whyte
                                        **United States District Judge**