Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Av., Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ELAINE ZHU, an individual dba RED LANTERN GIFTS SHOP; FASHION BAGS & GIFTS, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants | CASE NO. 12-CV-04326-RMW<br><br>**STIPULATION AND [PROPOSED] CONSENT JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

The undersigned parties, by and through their respective counsel, do hereby stipulate as follows:

**WHEREAS**, Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs" or "Coach") have filed a Complaint in this action charging, *inter alia*, Defendants Elaine Zhu and Fashion Bags & Gifts, Inc., with federal trademark infringement and related claims with regards to Coach's federally registered trademarks;

STIPULATION AND [PROPOSED] CONSENT JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement"), and desiring to fully settle all of the claims in this action pursuant to the Settlement Agreement; and

WHEREAS, the Settlement Agreement calls for the entry of a Stipulated Consent Judgment and Order of Dismissal With Prejudice.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED** that the Court enter the attached Consent Judgment and Order of Dismissal.

Dated: January 10, 2014        BLAKELY LAW GROUP

By:  /s/ Michael Marchand
     Brent H. Blakely
     Michael Marchand
     *Attorneys for Plaintiffs*
     *Coach, Inc. and Coach Services, Inc.*

Dated: January 12, 2014

                               TINGLEY LAW GROUP, PC

By:  /s/ Kevin O'Brien
     Kevin O'Brien
     *Attorneys for Defendants*
     *Red Lantern Gift Shop, Fashion Bags*
     *& Gifts, and Elaine Zhu*

## ~~[PROPOSED]~~ CONSENT JUDGMENT AND ORDER OF DISMISSAL

The Court enters this Consent Judgment and Order of Dismissal, based on the stipulation of the parties, Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants Elaine Zhu and Fashion Bags & Giftsm Inc. (collectively "Defendants"), on the other hand, and finds as follows:

1. This Court has jurisdiction over the parties to this Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 28 U.S.C. § 1331, 1338.

2. Coach is the worldwide owner of the trademark "COACH" and various composite trademarks and assorted design components (collectively "Coach Marks"). Coach Marks include but are not limited to the following marks:

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
|  | 1,071,000 | 08/09/1977 |
|  | 2,088,706 | 08/19/1997 |
|  | 3,157,972 | 10/17/2006 |
| *Coach est. 1941* | 3,413,536 | 04/15/2008 |
| [COACH circular logo] | 3,251,315 | 06/12/2007 |
| [Horse and carriage] COACH LEATHERWARE EST. 1941 | 3,441,671 | 06/03/2008 |
| COACH | 2,252,847 | 06/15/1999 |
|  | 2,534,429 | 01/29/2002 |
| COACH | 1,309,779 | 12/18/1984 |
|  | 2,045,676 | 03/18/1997 |
|  | 2,169,808 | 06/30/1998 |

STIPULATION TO CONSENT JUDGMENT AND DISMISSAL WITH PREJUDICE - 3

| | | |
|---|---|---|
| Signature "C" Logo | 2,592,963 | 07/09/2002 |
| | 2,626,565 | 09/24/2002 |
| | 2,822,318 | 03/16/2004 |
| | 2,832,589 | 04/13/2004 |
| | 2,822,629 | 03/16/2004 |
| | 3,695,290 | 10/13/2009 |
| Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |
| | 3,012,585 | 11/08/2005 |

3.  Plaintiffs have alleged that Defendants' purchase and sale of products which infringe upon the Coach Marks constitutes trademark infringement, trade dress infringement, false designations of origin and false descriptions, federal trademark dilution, unfair business practices in under California Law, copyright infringement, and common law unfair competition.

**NOW, THEREFORE, IT IS ORDERED** that Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from infringing upon the Coach Marks, either directly or contributorily, in any manner, including but not limited to:

(a)  Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear designs identical, substantially similar, and/or confusingly similar to the Coach Marks;

      (b)    Using the Coach Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

      (c)    Passing off, inducing or enabling others to sell or pass off any products or other items that are not Plaintiffs' genuine merchandise as genuine Coach merchandise;

      (d)    Committing any other acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise unless they are such;

      (e)    Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

      (f)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(g) above.

**IT IS FURTHER ORDERED** that judgment is entered against Defendants Elaine Zhu and Fashion Bags and Gifts, Inc., jointly and severally, in the amount of $100,000.

**IT IS FURTHER ORDRERED** that the execution of this Consent Judgment shall serve to bind and obligate the parties hereto.

**IT IS FURTHER ORDERED** that this action be and hereby is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED THAT** the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof.

1  **IT IS SO ORDERED.**
2  Dated this \_\_\_\_ day of _____, 2014.
3
4
5  *Ronald M. Whyte*
6  Honorable Ronald M. Whyte
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28